DANIEL M. ORTNER (California State Bar No. 329866)
dortner@pacificlegal.org
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

GABRIEL Z. WALTERS (District of Columbia Bar No. 1019272)*
gabe.walters@thefire.org
JEFFREY D. ZEMAN (Pennsylvania Bar No. 328570)*
jeff.zeman@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473

*Attorneys for Plaintiffs*
**Pro Hac Vice* Motions Forthcoming*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO FLORES, ET AL.,<br><br>Plaintiffs,<br>v.<br><br>DR. LORI BENNETT, ET AL.,<br><br>Defendants. | Civil Action No. 1:22-cv-01003-JLT-HBK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 16, 2022<br>Time: 9:00am<br>Judge: The Honorable Jennifer L. Thurston |

Pending before this Court is Plaintiffs' Motion for Preliminary Injunction. Based on the submissions of the parties and a hearing on the matter, the Court being fully advised in the premises, the motion is **GRANTED**.

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

It is so ORDERED that:

1. Defendants are preliminarily enjoined from enforcing the following provision of the Clovis Community College Flyer Policy: "Posters with inappropriate or offens[ive] language or themes are not permitted and will not be approved."

2. Defendants are further preliminarily enjoined from taking any action to deny Plaintiffs the ability to post flyers on indoor bulletin boards, or anywhere else Clovis Community College permits students to post flyers, because Defendants or others deem the flyers "inappropriate" or "offensive."

3. Plaintiffs will not be required to provide a security bond under Fed. R. Civ. P. 65(c).

DATED this _____ day of _____, 2022.

_____
United States District Judge