UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO FLORES; et al.,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>LORI BENNETT, Dr., in her individual and official capacities as President of Clovis Community College; et al.,<br><br>      Defendants - Appellants. | No. 22-16762<br><br>D.C. No. 1:22-cv-01003-JLT-HBK<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered August 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT