DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
JEFFREY D. ZEMAN (Pennsylvania Bar No. 328570)*
jeff.zeman@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
Attorneys for Plaintiffs

*Admitted *Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ALEJANDRO FLORES, ET AL., <br><br> Plaintiffs, <br> v. <br> DR. LORI BENNETT, ET AL., <br><br> Defendants. | Civil Action No: <br> 1:22-cv-01003-JLT-HBK <br><br> **STIPULATED MOTION FOR EXTENSION OF THE DEADLINE FOR THE JOINT STATUS REPORT** |

## STIPULATION

IT IS HEREBY STIPULATED by the parties through their respective counsel of record as follows:

WHEREAS, on June 1, 2023, this Court stayed the proceedings of this case pending the resolution of Defendants appeal to the Ninth Circuit. ECF No. 54.

WHEREAS, the Court requested that the parties file a joint status report within thirty days of the issuance of the Ninth Circuit's mandate. ECF No. 54.

WHEREAS, the Ninth Circuit's mandate issued on August 25, 2023.

WHEREAS, on September 21, 2023, the Court granted the parties' Stipulated Motion for an Extension of the Deadline for the Joint Status Report. ECF No. 58.

WHEREAS, the parties' joint status report is now due on November 27, 2023.

ECF No. 58.

WHEREAS, the parties remain actively engaged in settlement negotiations which would eliminate the need for additional motion practice or discovery.

NOW THEREFORE, the parties hereby request that the Court extend the November 27 deadline for the joint status report set in ECF No. 58 by 60 days, to be due on January 26, 2024.

Dated: November 22, 2023     FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

By:    /s/ Daniel M. Ortner
DANIEL M. ORTNER (California State Bar No. 329866)
JEFFREY D. ZEMAN (Pennsylvania Bar No. 328570)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-347
daniel.ortner@thefire.org
jeff.zeman@thefire.org

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice*

Dated: November 22, 2023     DEMARIA LAW FIRM

By:    /s/ Anthony Demaria
Anthony Demaria
DeMaria Law Firm,
APC Anthony N. DeMaria, #177894 2
ademaria@demarialawfirm.com
Brian K. Chin, #333976 3
bchin@demarialawfirm.com
1684 W. Shaw Ave. Suite 101 4
Fresno, California 93 711
Telephone: (559) 206-2410 5
Facsimile: (559) 570-0126
Attorneys for Defendants

2
STIPULATED MOTION FOR EXTENSION OF DEADLINE FOR THE JOINT STATUS REPORT