DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
JEFFREY D. ZEMAN (Pennsylvania Bar No. 328570)*
jeff.zeman@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Attorneys for Plaintiffs

*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ALEJANDRO FLORES, ET AL.,<br><br>        Plaintiffs,<br>    v.<br><br>DR. LORI BENNETT, ET AL.,<br><br>        Defendants. | Civil Action No:<br>1:22-cv-01003-JLT-HBK<br><br>**THIRD STIPULATED MOTION FOR EXTENSION OF THE DEADLINE FOR THE JOINT STATUS REPORT** |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties through their respective counsel of record as follows:

WHEREAS, on June 1, 2023, this Court stayed the proceedings of this case pending the resolution of Defendants appeal to the Ninth Circuit. ECF No. 54.

WHEREAS, the Court requested that the parties file a joint status report within thirty days of the issuance of the Ninth Circuit's mandate. ECF No. 54.

WHEREAS, the Ninth Circuit's mandate issued on August 25, 2023.

WHEREAS, on September 21, 2023, the Court granted the parties' First Stipulated Motion for an Extension of the Deadline for the Joint Status Report. ECF No. 58.

WHEREAS, on December 12, 2023, the Court granted the parties' Second Stipulated Motion for an Extension of the Deadline for the Joint Status Report. ECF No. 60.

WHEREAS, the parties' joint status report is now due on January 26, 2024. ECF No. 60.

WHEREAS, the parties remain actively engaged in settlement negotiations which would eliminate the need for additional motion practice or discovery. In addition, the parties have agreed to conduct a half-day mediation on April 2, 2024 which they believe will allow them to reach a final agreement.

NOW THEREFORE, the parties hereby request that the Court extend the January 26 deadline for the joint status report set in ECF No. 60 by 90 days, to be due on April 25, 2024.

Dated:  January 25, 2024

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

By: /s/*Daniel M. Ortner*

DANIEL M. ORTNER (California State Bar No. 329866)
JEFFREY D. ZEMAN (Pennsylvania Bar No. 328570)*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-347
daniel.ortner@thefire.org
jeff.zeman@thefire.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

Dated: January 25, 2024            DEMARIA LAW FIRM

By: /s/*Anthony Demaria*

Anthony Demaria
DeMaria Law Firm,
APC Anthony N. DeMaria, #1778942
ademaria@demarialawfirm.com
Brian K. Chin, #3339763
bchin@demarialawfirm.com
1684 W. Shaw Ave. Suite 1014
Fresno, California 93711
Telephone: (559) 206-2410
Facsimile: (559) 570-0126

*Attorneys for Defendants*