DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
JEFFREY D. ZEMAN (Pennsylvania Bar No. 328570)*
jeff.zeman@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Attorneys for Plaintiffs*
*Pro Hac Vice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ALEJANDRO FLORES, ET AL.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DR. LORI BENNETT, ET AL.,<br><br>　　　　Defendants. | Civil Action No:<br>1:22-cv-01003-JLT-HBK<br><br>**[PROPOSED] ORDER GRANTING STIPULTATION RE: JOINT STATUS REPORT** |

1

[PROPOSED] ORDER GRANTING STIPULATION RE: JOINT STATUS REPORT

**[PROPOSED] ORDER**

Having considered the Stipulation of the Parties and the case file in this matter, and good cause appearing, the Court orders as follows:

1. The deadline for the joint status report requested in ECF No. 60 shall be extended by 90 days and will be due on April 25, 2024.

IT IS SO ORDERED

DATED this _____ day of _____, 2024.

_____
Hon. Jennifer L. Thurston
United States District Judge

---

1

[PROPOSED] ORDER GRANTING STIPULATION RE: JOINT STATUS REPORT