UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO FLORES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. LORI BENNETT, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01003-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE<br><br>(Doc. No. 65)<br><br>STATUS CONFERENCE RESET TO:<br>JUNE 6, 2024 at 3:00 P.M. |

　　　　Pending before the Court is the Parties' Stipulated Motion for Administrative Relief Postponing Status Conference, filed on May 10, 2024.  (Doc. No. 65).  The Parties request that the telephonic status conference, currently scheduled for May 16, 2024, be delayed two weeks to May 30, 2024.  (*Id*. at 1).  The Parties aver that they have reached an agreement in principle to resolve the litigation and that they will be able to reach a final settlement by May 30, 2024.  (*Id*. at 2).  Based on the Parties' representations, the Court finds good cause to grant a two-week continuance of the status conference.  Fed. R. Civ. P. 16(b)(4).

　　　　Accordingly, it is **ORDERED:**

1. The Parties' Stipulated Motion for Administrative Relief Postponing Status Conference (Doc. No. 65) is GRANTED.

2. The telephonic status conference currently scheduled for May 16, 2024 at 1:00 p.m. is

RESET to **June 6, 2024 at 3:00 p.m**.

3. Should the Parties reach a settlement prior to the June 6, 2024 status conference, they shall immediately notify the Court. Local Rule 160(a).

Dated:   May 14, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2