*Flores et al. v. Bennett et al.,*

# Exhibit B to Joint Motion for Stipulated Injunction

# Replacement Posting Procedure

# Clovis Community College

## Guidelines and Process for Campus Postings

Clovis Community College ("College") encourages recognized student organizations and College programs and departments to share information about their programs, services, events, student clubs, classes, and more. The Student Activities Office is responsible for stamping and dating materials from recognized student organizations before they are posted inside the campus buildings. The College has developed a set of guidelines to help govern the placement of posters to ensure that we have a welcoming and safe environment. The following guidelines will assist your recognized student organization with sharing information related to your organization, program, or department.  These guidelines are intended to:

- Facilitate greater campus community engagement and better communication of campus events.
- Keep the College's buildings clean and in good condition.

## Posting Guidelines for College Interior Walls

- All posters must be stamped and dated prior to posting on the designated interior bulletin boards.
- All postings on interior bulletin boards must contain the official name of the recognized student organization, College department, or College program making the posting.
- Recognized student organizations may post 15 copies of a poster. No more than two copies of a poster may be posted on each bulletin board.
- Posters must not exceed 8 ½" x 14" in size.
- Posting in classrooms is limited to  College, College department, or College program events and announcements. Recognized student organizations, or third parties are not permitted to post inside classrooms.
- Any poster promoting an event must include the name of the recognized student organization and the date and location of the event to which the poster relates.
- The College's name and logo cannot be used without prior College approval. Posters will be removed if they use the College's logo without permission.
- Posters may be posted for ten days after date stamped, or until after the event to which they relate, and then removed in accordance with Administrative Regulation 3900.
- Posters may only be posted on designated bulletin boards.

## Obtaining Student Activities Office Stamp

- All posters for college interior walls must be presented to Student Activities located in the Student Center (AC1-160) or emailed to cccstudentcenter@cloviscollege.edu.
- Student Activities Staff will respond expeditiously and as soon as possible, but no later than two (2) business days after requests have been made in person or by email.  If denied, students have the right to appeal to the college president's office via email or in person, who will respond no later than three (3) business days after receipt of the appeal.
- If the posters satisfy the Posting Guidelines detailed above, Student Activities staff will approve

Clovis Community College Posting Guidelines Effective 10/14/2022, updated 5/1/2024

- the posters, place the Student Activities Office stamp on all posters and will date the posters.
- The Student Activities Office will make and keep one copy of each poster.
- The Student Activities Office will not photocopy posters to be posted. The recognized student organization must bring the appropriate number of copies at the time of stamping and dating.
- Each copy will be stamped, no copies of the stamp are allowed.
- Posters in languages other than English must be accompanied by an English translation of the poster when the Student Activities Office stamps and dates the poster.

## **Posting on Exterior Speech Kiosks**

The College has designated two kiosks as a public forum for free speech.  Any person may, at any time and without prior approval, post on the exterior kiosks any material except that which is defamatory, which is obscene according to current legal standards, which so incites others as to create a clear and present danger of the commission of unlawful acts on State Center Community College District ("District") property, which violates District or College policies or regulations, or which leads to the substantial disruption of the orderly operation of the College.  Posted material on the free speech kiosks may remain posted for ten days or until after the date of the event to which they relate, whichever is later. The College will remove all postings from time to time, generally near the mid-point and end-point of each semester or session without regard to when the material was posted.  The College's exterior walls, fences, and other surfaces on campus are not forums for posting expressive material and the College regulates posting on those surfaces.  The College will remove any material posted on the College's exterior walls, fences, and other surfaces.

Questions, comments, or concerns may be addressed in the Student Activities Office, which is in Academic Center One, Room 160 (Student Center).